DOC 5-30-16

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Jesus Sergio Gonzalez-Cisneros,<br>A200 288 684<br>_Defendant_ | Case No. 16-8180MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about May 30, 2016, in the County of Pinal, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Jesus Sergio Gonzalez-Cisneros, an alien, was found in the United States of America, at or near Tat Momoli, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States, at or near El Paso, Texas, on or about May 17, 2016, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

I further state that I am a Border Patrol Agent with U.S. Customs and Border Protection.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: Charles E. Bailey, P.S. for AUSA Abbie Marsh

☒ Continued on the attached sheet.

_Complainant's signature_
Marc D. Webb
U.S. Border Patrol Agent
_Printed name and title_

Sworn to before me and signed in my presence.

Date: June 1, 2016

_Judge's signature_

John Z. Boyle
United States Magistrate Judge
_Printed name and title_

City and state: Phoenix, Arizona

## STATEMENT OF PROBABLE CAUSE

I, Marc D. Webb, being duly sworn, hereby depose and state as follows:

1. Your affiant is a United States Border Patrol Agent. I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On May 30, 2016, Border Patrol Agent J. Balthaser encountered an individual near Tat Momoli, in the District of Arizona. The agent identified himself as a Border Patrol Agent and performed an immigration inspection on the individual. The individual, later identified as Jesus Sergio Gonzalez-Cisneros, admitted to being a citizen and national of a country other than the United States, unlawfully present in the United States. Gonzalez-Cisneros was transported to the Casa Grande Border Patrol Station for further processing. Gonzalez-Cisneros was held in administrative custody until his identity could be confirmed along with his immigration and criminal history.

3. Immigration history checks revealed Jesus Sergio Gonzalez-Cisneros to be a citizen of Mexico and a previously deported criminal alien. Gonzalez-Cisneros was removed from the United States to Mexico, at or near El Paso, Texas, on or about May 17, 2016, pursuant to a removal order issued by an immigration official. There is no record of Sergio Gonzalez-Cisneros in any Department of Homeland Security

1

database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Gonzalez-Cisneros' immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Jesus Sergio Gonzalez-Cisneros was convicted of Re-Entry of a Removed Alien, a felony offense, on October 22, 2014, in the United States District Court, District of New Mexico. Gonzalez-Cisneros was sentenced to a term of twenty two (22) days of imprisonment. Gonzalez-Cisneros' criminal history was matched to him by electronic fingerprint comparison.

5. On May 31, 2016, Jesus Sergio Gonzalez-Cisneros was advised of his constitutional rights. Gonzalez-Cisneros freely and willingly acknowledged his rights and agreed to provide a statement under oath. Gonzalez-Cisneros stated that his true and complete name is Sergio Gonzalez-Cisneros, and that he is a citizen of Mexico and of no other country. Gonzalez-Cisneros stated that he illegally entered the United States at or near Sasabe, Arizona, on or about May 22, 2016, without inspection by an immigration officer. Gonzalez-Cisneros further stated that he had been previously removed from the United States to Mexico and did not receive permission from the Secretary of the Department of Homeland Security to re-enter the United States after his removal.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about May 30, 2016, Jesus Sergio Gonzalez-Cisneros, an alien, was found in the United States of America, at or near Tat Momoli, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near El Paso, Texas, on or about May 17, 2016, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

_____
Marc D. Webb
U.S. Border Patrol Agent

Sworn to and subscribed before me
this 1st day of June, 2016.

_____
John Z. Boyle
United States Magistrate Judge